## MATTHEWS v. TENNESSEE VALLEY BANK.
(Decided February 4th, 1915.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

JOHN B. TALLY, for appellant. BOULDIN & WIMBER-LY, for appellee.

Per curiam. Affirmed on certificate.

---

## NORMAN v. THE STATE.
(Decided January 14th, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. ROBERT C. BRICK-ELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## PORTER v. THE STATE.
(Decided February 2nd, 1915.)

APPEAL from Henry Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—Appeal dismissed.

---

## SEALS PIANO CO. v. BELL, ET. AL.
(Decided December 15th, 1914.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for either party.

Per curiam. Appeal dismissed.

---

## SNOW v. THE CITY OF ANNISTON.
(Decided January 12th, 1915.)

APPEAL from Calhoun Circuit Court.

Heard before Hon. HUGH D. MERRILL.

No counsel marked for appellant. S. W. TATE, for appellee.

Per curiam. Affirmed on certificate.